# United States District Court
# Central District of California

| | |
|---|---|
| CHARLES BREWER,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEX SYSTEMS, INC. ET AL.,<br><br>  Defendants. | Case № 2:19-CV-04769-ODW (AGRx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered Plaintiff Charles Brewer's Notice of Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's Complaint in the above-entitled action. The Court **VACATES** all dates and deadlines. The Court **DENIES as moot** Plaintiff's Motion to Remand (ECF No. 10). The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 2, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**